| Caplan, Caplan & Caplan Process Servers<br>12555 Orange Drive<br>Suite 106<br>Davie, FL 33330<br>Phone: (305) 374-3426<br>Fax: (305) 854-4847<br>46-4588872 | **INVOICE** | Invoice #CPN-2020037726<br>1/27/2021<br> |
|---|---|---|

TRISTAN W. GILLESPIE
THOMAS B. BACON, P.A.
5150 COTTAGE FARM RD
JOHNS CREEK, GA 30022

Reference Number: 4282

**Case Number: NORTHERN 3:20-CV-1549**

Plaintiff:
**SAIM SARWAR,**

Defendant:
**SOUTHERN TIER HOTEL, LLC.,**

Received: 12/15/2020   Served: 1/5/2021 1:11 pm   CORPORATE SERVICE
To be served on: SOUTHERN TIER HOTEL LLC

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| OUT OF STATE ORIGINAL | 1.00 | 140.00 | 140.00 |
| TOTAL CHARGED: | | | $140.00 |
| **BALANCE DUE:** | | | **$140.00** |

Payments can be made online at:
CaplanandCaplan.com (a $5 service fee will apply)

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

Page 1 / 1