**Daniel Pezza**  
PO Box 432  
Odessa, Fl 33556

# INVOICE

DATE: 11/17/2020

**TO:**

Thomas Bacon Law Office  
644 N MC Donald Street  
Mount Dora, FL 32757

**PROPERTY ADDRESS:**  
Holiday Inn Express Owego NY  
20 Hickories Park Rd, Owego, NY 13827

11.17.20   Review www.expedia.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.         (0.12)

11.17.20   Review www.hotels.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.         (0.13)

11.17.20   Review www.booking.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.         (0.12)

11.17.20   Review www.orbitz.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the

hotel are accessible, gives a list of amenities and features at hotel.          (0.11)


11.17.20   Review www.cheaptickets.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.          (0.12)


11.17.20   Review www.agoda.com and analyze whether it complies with the requirements of 28 C.F.R. 36.302(e), including every page, subpage and link. Take screenshots of every page, sub page and link. Analysis included whether website; identifies and allows for booking of accessible rooms, gives information about whether designated accessible rooms and other features at the hotel are accessible, gives a list of amenities and features at hotel.          (0.15)


11.17.20   Perform internet search to ascertain the identity of all websites utilized by the hotel for online reservations system.  (0.60)


11.17.20   Draft a report based on screenshots and findings.  (1.45)


11.17.20   Correspondence to Attorney Bacon.  (0.45)


                                                                                              3.25 HRS @ $200.00/HR
                                                                                                      TOTAL $650.00