UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

_____

SAM SARWAR,

                Plaintiff,

    v.                              3:20-cv-01549

SOUTHERN TIER HOTEL LLC,

                Defendant.

_____

### PLAINTIFF'S BILL OF COSTS AND LITIGATION EXPENSES

Plaintiff hereby submits the following bill of costs and expenses incurred in the instant action. Litigation expenses are awardable pursuant to 42 U.S.C. Section 12205.

**Costs**

| | |
|---|---|
| Filing fees | $400.00 |
| Process server | $140.00 |
| Initial investigator | $650.00 |
| Re-inspection fee | $650.00 |
| Litigation Expenses | $5312.50 |
| **Total costs and expenses:** | **$7,152.50** |

Respectfully submitted,

_/s/ Tristan W. Gillespie__
Tristan W. Gillespie, Esq.
**Thomas B. Bacon, P.A.**
5150 Cottage Farm Rd.
Johns Creek, GA 30022
ph. (404) 276-7277
Gillespie.tristan@gmail.com