UNITED STATES DISTRICT COURT UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
_____

SAIM SARWAR,

                Plaintiff,

      v.                                              3:20-cv-01549

SOUTHERN TIER HOTEL LLC,

                Defendant.
_____

### Tristan W. Gillespie Timesheet

**12/14/2020**

| | |
|---|---|
| Review initial pre-suit investigation report and screenshots | 0.5 |
| Research name and address of corporate owner of subject hotel. | 1.6 |
| Research whether Defendant had any prior ADA lawsuits filed against them. | 0.3 |
| Draft and file Summons and Complaint. | 2.5 |

**12/15/2020**

| | |
|---|---|
| Review Filing Order | 0.3 |

**1/27/2021**

| | |
|---|---|
| Receive and file Affidavit of Service | 0.4 |
| Draft and file motion for clerk's entry of default | 0.9 |

**1/29/2021**

| | |
|---|---|
| Review clerk's entry of default | 0.3 |
| Draft and file motion for default judgment | 2.5 |

**7/9/2021**

| | |
|---|---|
| Review Default Judgment | 0.3 |
| Draft motion for attorney fees | 2.9 |

                                Total TG Time                    12.5

**Compensable TWG Time (12.5 hours multiply by $425.00/hr) = $5312.50**